UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN GORDON,

        Petitioner,

v.

UNITED STATES OF AMERICA,

        Respondent.
                                 /

Case Number: 92-81127-33

HONORABLE AVERN COHN

### ORDER FINDING PETITIONER'S MOTION TO RETRANSFER, ETC. AS MOOT

Before the Court is the Petitioner's Motion to Retransfer Petitioner's Independent Action Pursuant to Rule 60(b), etc.  On July 13, 2005 this Court entered an order transferring this matter to the Sixth Circuit Court of Appeals.  Therefore,

IT IS HEREBY ORDERED that the Petitioner's motion is MOOT.

SO ORDERED.

Dated: July 27, 2005

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, July 27, 2005, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160