Case 2:92-cr-81127-DML ECF No. 2372, PageID.17570 Filed 06/26/19 Page 1 of 1

MIED 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to The First Step Act of 2018    Page 1 of 2 (Page 2 Not for Public Disclosure)

UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
JOHN GORDON

Case No: 92-81127-33
USM No: 20211-039

Date of Original Judgment: 4/25/1996
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Douglas Mullkoff
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER THE FIRST STEP ACT OF 2018

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court ☐ stipulation of the parties for a reduction in the term of imprisonment under the provision of Section 404(b) of The First Step Act of 2018, and considering sections 2 and 3 of the Fair Sentencing Act of 2010;

**IT IS ORDERED** that the motion is:

☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

The remainder of the original sentence is unchanged.

Probation has examined the issue and it appears that Defendant's guideline range was calculated under Section 2A1.1 (First Degree Murder) as such defendant is not eligible for relief under the provisions of the First Step Act.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 26, 2019        s/Avern Cohn
                                 *Judge's signature*

Effective Date: _____         Avern Cohn, U.S. District Judge
*(if different from order date)*   *Printed name and title*