# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 08, 2021

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 19-1739, *USA v. John Gordon*
Originating Case No. : 2:92-cr-81127-33

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Zachary Love
For Sharday Swain
Case Manager

cc: Mr. Andrew Goetz
    John Gordon

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 19-1739

_____

Filed: February 08, 2021

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOHN GORDON

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 01/14/2021 the mandate for this case hereby issues today.

COSTS: None